# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

APR 21 2021

D. MARK JONES, CLERK

BY _____ DEPUTY CLERK

United States of America
v.

Willard Jake Peart

)
)
)
)
)
)
)

Case: 1:21-mj-00384
Assigned To : Faruqui, Zia M.
Assign. Date : 04/19/2021
Description: COMPLAINT W/ ARREST WARRANT

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Willard Jake Peart _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly Conduct on Capitol Grounds, Parading Demonstrating, or Picketing in a Capitol Building.

Date: 04/20/2021

Zia M. Faruqui
Digitally signed by Zia M. Faruqui
Date: 2021.04.20 11:26:31 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Willard Jake Peart

Known aliases: 

Last known residence: 1661 S. Chaparell Dr., Toquerville, UT 84774

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth: 7/26/1975

Social Security number: 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

Height: 				Weight:

Sex: Male				Race: White

Hair:					Eyes:

Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 

Complete description of auto: 

Investigative agency: FBI, St. George RA/Salt Lake City Division

Investigative agency address: St. George RA/Salt Lake City Division

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: